UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| HILMI MOHAMAD, | Plaintiff, | Case No. 3:22-cv-00431-ART-CLB |
| v. | | ORDER |
| COLTER STENE, | Defendant. | |

The Complaint in this action was filed on September 22, 2022 (ECF No. 1). The Court issued a notice of intent to dismiss Colter Stene under Fed. R. Civ. P. 4(m) unless proof of service is filed by March 17, 2023. (ECF No. 4.)  To date, no such proof of service has been filed.  Accordingly, it is therefore ordered that the claims against Colter Stene are dismissed without prejudice.

The Clerk of Court is directed to close this case.

DATED THIS 12th day of June 2023.

_____

Anne R. Traum
United States District Court Judge